UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
201-549-2363
dcarlon@kmllawgroup.com
Toyota Motor Credit Corporation

In Re:

John R. Jaskolka

Desiree M. Trzaska

Case No: 17-24092 JNP

Chapter: 13

Judge: Jerrold N. Poslusny Jr.

## CERTIFICATION OF CREDITOR
## REGARDING POST PETITION PAYMENT HISTORY
## (VEHICLE LOAN/LEASE)

Rahnae Spooner, employed as Supplier Management Administrator by Toyota Motor Credit Corporation, hereby certifies the following:

Vehicle lender/lessor: Toyota Motor Credit Corporation

Vehicle description: 2010 TOYOTA COROLLA, VIN:2T1BU4EE7AC345803

1. **Debtor has failed to cancel extended warranty option n the aforesaid Vehicle. This obligation was agreed upon during the resolution of the objection.**

2. **Movant wished to seek reimbursement of all fees accrued for the preparation and filing of this Motion for Relief.**

I certify under penalty of perjury that the above is true.

Date: 8/13/18

_____
Signature

rev.8/1/15