# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Monalisa Rivera aka Mona Lisa Evelio Rivera-Ramos aka Evelio Ramos, aka Evelio Rivera<br>Debtor(s) | CHAPTER 13 |
| Global Lending Services LLC, its successors and/or assigns<br>Movant<br>vs. | NO. 17-03120 HWV |
| Monalisa Rivera aka Mona Lisa Evelio Rivera-Ramos aka Evelio Ramos, aka Evelio Rivera<br>Debtor(s) | |
| Charles J. DeHart, III Esq.<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Entry of Appearance of Global Lending Services LLC, which was filed with the Court on or about **August 15, 2018 ; Docket #67.**

        Respectfully submitted,

        **/s/ James C. Warmbrodt, Esquire**
        James C. Warmbrodt, Esquire
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        412-430-3594

August 16, 2018