**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Monalisa Rivera aka Mona Lisa** | **BK NO. 17-03120 HWV** |
| **Evelio Rivera-Ramos aka Evelio Ramos,** | |
| **aka Evelio Rivera** | **Chapter 13** |
| **Debtor(s)** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Global Lending Services LLC and index same on the master mailing list.

                    Respectfully submitted,

                    **/s/ James C. Warmbrodt, Esquire**
                    James C. Warmbrodt, Esquire
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA  19106
                    215-627-1322