```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-03120-HWV
Evelio Rivera-Ramos                                             Chapter 13
Monalisa Rivera
          Debtors                   **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: REshelman          Page 1 of 1          Date Rcvd: Aug 21, 2018
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
4951042         Met-Ed,    PO Box 3687,    Akron, OH 44309-3687

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Global Lending Services LLC bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee for
               etal pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor   HSBC Bank USA, NA, As Trustee for etal
               pamb@fedphe.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Evelio  Rivera-Ramos pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Monalisa  Rivera pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Robert Patrick Wendt    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee
               for etal pamb@fedphe.com
              Thomas  Song    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee for etal
               pamb@fedphe.com
              Thomas  Song    on behalf of Creditor   HSBC Bank USA, NA, As Trustee for etal pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| EVELIO RIVERA-RAMOS | : | CASE NO.: 1-17-bk-03120-HWV |
| aka EVELIO RAMOS | : | |
| aka EVELIO RIVERA | : | |
| MONALISA RIVERA | : | |
| aka MONA LISA | : | |
|     Debtors | : | |
| | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
|     Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| MED-ED | : | |
|     Claimant | : | |

## ORDER

Upon consideration of the Trustee's Objection to Claim No. 19 of Met-Ed and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 19 of Met-Ed shall be deemed untimely filed.

Dated: August 21, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)