```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                    Case No. 17-03120-HWV
Evelio Rivera-Ramos                                                       Chapter 13
Monalisa Rivera
      Debtors                          CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman              Page 1 of 2              Date Rcvd: Sep 13, 2018
                              Form ID: ordsmiss            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db/jdb         +Evelio Rivera-Ramos,    Monalisa Rivera,    1865 Church Road,    York, PA 17408-1507
4951026        +AAS Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
4951028        +Awesome Autos & Trucks,    4330 West Market Street,    York, PA 17408-5938
5001876        +CASHNET USA,    Williamson and Brown,LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
4957591       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: COLUMBIA GAS OF PENNSYLVANIA,    PO BOX 117,    COLUMBUS , OH 43216)
4990973        +CrossCheck, Inc.,    1440 N. McDowell Blvd.,    Petaluma, CA 94954-6515
5002291         Deutsche Bank National Trust Company, et al,     c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Dept.,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
4967107        +Global Lending Services LLC,    1200 Brookfield Blvd Ste 300,
                 Greenville, South Carolina 29607-6583
5002279         HSBC Bank USA, National Association et.al,     OCWEN LOAN SERVICING, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
4951039        +Keystone Collections Services,    220 North Duke Street,    Lancaster, PA 17602-2710
4951044        +MS Hershey Medical Center,    Attn: Patient Financial Services,     PO Box 853,
                 Hershey, PA 17033-0853
5004744        +Met-Ed,   FirstEnergy,    101 Crawford's Corner Rd,    Bldg 1 Ste-511,    Holmdel NJ 07733-1976
4951042         Met-Ed,   PO Box 3687,    Akron, OH 44309-3687
4951050        +National General Insurance,    PO Box 89431,    Cleveland, OH 44101-6431
4951054        +Qualia Collection Services,    PO Box 5069,    Petaluma, CA 94955-5069
4951055        +Seitz Oral & Maxillofacial Surgery,     924 Colonial Avenue, Suite H,    York, PA 17403-3450
4951057         Urden Law Offices, PC,    Woodcrest Corporate Center,     111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
4951058         Vantage Sourcing,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
4951060         WellSpan Health,    PO Box 742641,    Cincinnati, OH 45274-2641
4951065        +West Manchester Township,    380 East Berlin Road,    York, PA 17408-8700
4957589        +YORK HOSPITAL,    1001 GEORGE ST,    YORK , PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5000245        +EDI: CINGMIDLAND.COM Sep 13 2018 22:58:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO  LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
4951027        +EDI: AMSHER.COM Sep 13 2018 22:58:00      AmSher Collection Services,
                 4524 Southlake Parkway, Suite 15,    Hoover, AL 35244-3271
4951031        +E-mail/Text: ering@cbhv.com Sep 13 2018 18:56:34       CBHV,   155 North Plank Road,    PO Box 831,
                 Newburgh, NY 12551-0831
4951030         EDI: CAPITALONE.COM Sep 13 2018 22:58:00      Capital One Bank USA, NA,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
4951033        +EDI: CCS.COM Sep 13 2018 22:58:00      Credit Collection Services,    725 Canton Street,
                 PO Box 607,   Norwood, MA 02062-0607
4999358         EDI: DIRECTV.COM Sep 13 2018 22:58:00      Directv, LLC,    by American InfoSource LP as agent,
                 PO Box 5008,    Carol Stream, IL  60197-5008
4951035        +E-mail/Text: bknotice@ercbpo.com Sep 13 2018 18:56:40       Enhanced Recovery Company, LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
4951037        +EDI: AMINFOFP.COM Sep 13 2018 22:58:00      First Premier Bank,    3820 North Louise Avenue,
                 Sioux Falls, SD 57107-0145
4951040        +EDI: RESURGENT.COM Sep 13 2018 22:58:00      LVNV Funding, LLC,    PO Box 10497,
                 Greenville, SC 29603-0497
4989000         EDI: RESURGENT.COM Sep 13 2018 22:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4989267         EDI: RESURGENT.COM Sep 13 2018 22:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Bluestem Brands, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4990063         EDI: RESURGENT.COM Sep 13 2018 22:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Capital One Bank (USA), N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4965424        +EDI: CBS7AVE Sep 13 2018 22:58:00      Montgomery Ward,    c/o Creditors Bankruptcy Service,
                 P O Box 800849,    Dallas, TX 75380-0849
4951051        +E-mail/Text: Bankruptcies@nragroup.com Sep 13 2018 18:56:57        National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
4951052        +Fax: 407-737-5634 Sep 13 2018 19:10:13      Ocwen Loan Servicing,    Attn: Research / Bankruptcy,
                 1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
4951183        +EDI: PRA.COM Sep 13 2018 22:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
4982178        +EDI: JEFFERSONCAP.COM Sep 13 2018 22:58:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
4951056        +EDI: CBS7AVE Sep 13 2018 22:58:00      Swiss Colony,    1112 7th Avenue,    Monroe, WI 53566-1364
4956265         EDI: AIS.COM Sep 13 2018 22:58:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
4970896         EDI: AIS.COM Sep 13 2018 22:58:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
4951059         EDI: VERIZONCOMB.COM Sep 13 2018 22:58:00      Verizon Wireless,    PO Box 25505,
                 Lehigh Valley, PA 18002-5505
```

```
District/off: 0314-1           User: REshelman         Page 2 of 2            Date Rcvd: Sep 13, 2018
                               Form ID: ordsmiss       Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4951029*      +Awesome Autos & Trucks,    4330 West Market Street,    York, PA 17408-5938
4951032*     ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,     COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of PA,    PO Box 742537,    Cincinnati, OH 45274-2537)
4951034*      +Credit Collection Services,    725 Canton Street,    PO Box 607,    Norwood, MA 02062-0607
4951036*      +Enhanced Recovery Company, LLC,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
4951041*      +LVNV Funding, LLC,    PO Box 10497,    Greenville, SC 29603-0497
4951045*      +MS Hershey Medical Center,    Attn: Patient Financial Services,    PO Box 853,
                Hershey, PA 17033-0853
4951046*      +MS Hershey Medical Center,    Attn: Patient Financial Services,    PO Box 853,
                Hershey, PA 17033-0853
4951047*      +MS Hershey Medical Center,    Attn: Patient Financial Services,    PO Box 853,
                Hershey, PA 17033-0853
4951048*      +MS Hershey Medical Center,    Attn: Patient Financial Services,    PO Box 853,
                Hershey, PA 17033-0853
4951049*      +MS Hershey Medical Center,    Attn: Patient Financial Services,    PO Box 853,
                Hershey, PA 17033-0853
4951043*       Met-Ed,    PO Box 3687,    Akron, OH 44309-3687
4951053*      +Ocwen Loan Servicing,    Attn: Research / Bankruptcy,    1661 Worthington Road, Suite 100,
                West Palm Beach, FL 33409-6493
4951061*       WellSpan Health,    PO Box 742641,    Cincinnati, OH 45274-2641
4951062*       WellSpan Health,    PO Box 742641,    Cincinnati, OH 45274-2641
4951063*       WellSpan Health,    PO Box 742641,    Cincinnati, OH 45274-2641
4951064*       WellSpan Health,    PO Box 742641,    Cincinnati, OH 45274-2641
4951038      ##+Global Lending Service,    5 Concourse Parkway NE,    Atlanta, GA 30328-7104
                                                                                  TOTALS: 0, * 17, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Global Lending Services LLC bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee for
               etal pamb@fedphe.com
              Joseph Angelo Dessoye   on behalf of Creditor    HSBC Bank USA, NA, As Trustee for etal
               pamb@fedphe.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Evelio  Rivera-Ramos pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Monalisa  Rivera pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Robert Patrick Wendt    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee
               for etal pamb@fedphe.com
              Thomas Song    on behalf of Creditor    HSBC Bank USA, NA, As Trustee for etal pamb@fedphe.com
              Thomas Song    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee for etal
               pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Evelio Rivera–Ramos,<br>aka Evelio Ramos, aka Evelio Rivera, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:17–bk–03120–HWV |
| Monalisa Rivera,<br>aka Mona Lisa, | | |
| **Debtor 2** | | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: September 13, 2018

By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: REshelman, Deputy Clerk

ordsmiss (05/18)